

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00906-CV

RITA LEMONS, Appellant

V.

ASSOCIATION OF TEXAS SCHOOL BOARD, INC., Appellee

Appeal from the 151st District Court of Harris County (Tr. Ct. No. 2000-34109D)

After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellant, Rita Lemons. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.

It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered November 24, 2015.

Judgment rendered by panel consisting of Justices Jennings, Keyes, and Bland.